# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| YAN WILHELM BENJAMIN ASSOUN | § | |
| | § | |
| V. | § | CASE NO. 4:09CV64 |
| | § | (Judge Schneider/Judge Mazzant) |
| | § | |
| CAPITAL FARM CREDIT, F.L.C.A. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On May 27, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Third-Party Plaintiff Anais Assoun's Motion for Judgment on the Pleadings be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Third-Party Plaintiff's Motion for Judgment on the Pleadings (Dkt. 9) is DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 22nd day of June, 2009.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE